United States District Court

Eastern District of Louisiana

Allen

v.                                    CIVIL ACTION NO. 2:00-cv-03135 D(2)

Railserve Inc


The record reflects that a Notice of Removal has been filed in
the captioned case; accordingly,

Pursuant to 28 U.S.C. 1447(b), the removing party is directed
to file within 10 days:

(1) A list of all parties still remaining in this action;

(2) Copies of all pleadings, including answers, filed by
those parties in state court; and

(3) Copies of the return on service of process on those
parties filed in state court.


New Orleans, Louisiana, October 25, 2000.


By Direction of the Court

LORETTA G. WHYTE, CLERK



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 OCT 24  PM 4: 23

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KWAN ALLEN | * | CIVIL ACTION NO **00-3135** |
| | * | |
| VERSUS | * | SECTION: " " |
| | * | |
| RAILSERVE, INC., ET AL | * | MAGISTRATE: ()  **SECT. D MAG. 2** |
| | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF REMOVAL

**NOW INTO COURT,** through undersigned counsel, come defendants, Railserve, Inc., and

Occidental Chemical Corporation, who submit this Notice of Removal of the above-captioned suit

from the 23rd Judicial District Court for the Parish of St. James, State of Louisiana, in which it is

now pending to the United States District Court for the Eastern District of Louisiana, under 28

U.S.C. §1441 *et seq.,* on the following basis:

**1.**

On September 29, 2000, plaintiff, Kwan Allen, commenced a civil action in the 23rd Judicial

District Court for the Parish of St. James, State of Louisiana, by filing a Petition for Damages styled

"Kwan Allen versus Railserve, Inc., et al," bearing case No. 27090, which state court is within the

jurisdiction of the Eastern District of Louisiana.

Fee _$150._
Process _____
X Dktd _____
_ CtRmDep _____
_ Doc. No. _1_

**2.**

On October 3, 2000, defendant, Railserve, Inc., was served by process, through its registered agent in Louisiana, The Prentice-Hall Corporation System, Inc., with said Petition for Damages and related Citation. A copy of The Prentice-Hall Corporation System, Inc. Notice of Service of Process is attached hereto as Exhibit "A".

**3.**

On October 3, 2000, defendant, Occidental Chemical Corporation, was served by process, through its registered agent in Louisiana, The Prentice-Hall Corporation System, Inc., with said Petition for Damages and related Citation. A copy of The Prentice-Hall Corporation System, Inc. Notice of Service of Process is attached hereto as Exhibit "B".

**4.**

At the time of the commencement of the suit, and since that time, plaintiff, Kwan Allen, was and has been a citizen of the State of Louisiana, with his domicile and residence in the Parish of Terrebonne.

**5.**

At the time of the commencement of the suit, and since that time, defendant, Railserve, Inc., was and has been a corporation organized under the laws of the State of Delaware, with its principal place of business in the State of Georgia.

**6.**

At the time of the commencement of the suit, and since that time, defendant, Occidental Chemical Corporation, was and has been a corporation organized under the laws of the State of New York, with its principal place of business in the State of Texas.

**7.**

Complete diversity of citizenship exists between plaintiff, Kwan Allen, and defendants, Railserve, Inc., and Occidental Chemical Corporation, as required for original and/or subject matter jurisdiction to vest in the United States District Court for the Eastern District of Louisiana under 28 U.S.C. §1332.

**8.**

Plaintiff's Petition for Damages states no monetary demand but instead seeks recovery for "the extent and amount of such damages, which exceed the requisite amount for a trial by jury, to be shown at the time of a trial on the merits herein."  No specific monetary amount of damages is alleged, since such a monetary demand is prohibited by Louisiana Code of Civil Procedure Article 893.  However, plaintiff, Kwan Allen, does seek recovery of damages that he allegedly sustained "while attempting to open a broken angle cock" and causing injuries to "his neck, back, shoulder and rib cage."  Plaintiff, Kwan Allen, seeks recovery for his "severe pain, mental anguish, disability and economic loss; which continue to the present time and will likely continue," "as a direct result of the accident sued upon."  Based upon these allegations, defendants, Railserve, Inc., and Occidental Chemical Corporation, aver that it is reasonable to conclude that the claim set forth in

- 3 -

the Petition for Damages places an amount in controversy which exceeds the sum or value of $75,000.00, exclusive of interests and costs.

**9.**

Because complete diversity exists between the parties named herein, and because the amount in controversy exceeds the jurisdictional amount required by 28 U.S.C. §1332, the United States District Court for the Eastern District of Louisiana is vested  with original and/or subject matter jurisdiction over this action under 28 U.S.C. §1332 and 28 U.S.C. §1441, *et seq.*

**10.**

Defendants, Railserve, Inc., and Occident Chemical Corporation, aver that this removal is timely pursuant to 28 U.S.C. § 1446(b).

**11.**

Railserve, Inc., and Occidental Chemical Corporation are the sole defendants for purposes of removal in this suit, and, therefore, there is no consent required from any other party.

**12.**

Counsel for each of the parties are listed herein below, as follows:

Counsel for Plaintiff, Kwan Allen:       Gregory L. Tweed, La. Bar No. 23960
                                          Marks & Lear, APLC
                                          301 St. Charles Street
                                          Baton Rouge, LA 70802
                                          Telephone:  (225)383-5678

Counsel for Defendant, Railserve, Inc.:     Robert E. Barkley, Jr., Bar No. 2782 TA
                                            Nicholas Doucet, La. Bar No.18542
                                            Barkley & Thompson
                                            1515 Poydras Street, Suite 2350
                                            New Orleans, Louisiana  70502
                                            Telephone: (504)595-3350

Counsel for Defendant, Occidental
Chemical Corporation:                       Guy C. Curry, La. Bar No. 22032
                                            Curry & Friend
                                            Whitney Bank Building, Suite 1200
                                            228 Saint Charles Avenue
                                            New Orleans, Louisiana  70130

## 13.

Certified copies of all documents filed in the record of the 23rd Judicial District Court for the

Parish of St. James, State of Louisiana, styled "Kwan Allen versus Railserve, Inc., et al," bearing

case No. 27090, are attached hereto as Exhibit "C."

**WHEREFORE,** defendants, Railserve, Inc., and Occidental Chemical Corporation, pray

that the above action now pending in the 23rd Judicial District Court for the Parish of St. James, State

of Louisiana, be removed therefrom to the United States District Court for the Eastern District of

Louisiana, as provided by law.

**Respectfully submitted,**

**BARKLEY & THOMPSON**                      **CURRY & FRIEND,**
                                            **A Professional Law Corporation**

BY: _____              BY: _____
ROBERT E. BARKLEY, JR. #2782(TA)           RENÉ A. CURRY #4670
NICHOLAS DOUCET #18542                      CHRISTOFFER C. FRIEND #1888
1515 Poydras Street, Suite 2350            GUY C. CURRY (T.A.)
Telephone: (504)595-3350                   Whitney Bank Building, Suite 1200
New Orleans, Louisiana  70112              228 St. Charles Avenue
                                           Telephone: (504)524-8556

 **Attorneys for Railserve, Inc.**

                                            **Attorneys for Occident Chemical
                                            Corporation**

- 5 -